IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SMITH & SONS, INC.,** **SALISBURY SCRAP METAL, INC.,** and **PRINCE GEORGES SCRAP, INC.,** *Plaintiffs,* v. **NORTHEAST METAL TRADERS, INC.,** *Defendant.* | **NO. 20-cv-01274-RBS** |

### STIPULATION OF DISMISSAL WITH PREJUDICE, AND ORDER

Subject to Court approval, **IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiffs Joseph Smith & Sons, Inc., Salisbury Scrap Metal, Inc. and Prince Georges Scrap, Inc. (collectively, "Plaintiffs"), on the one hand, and Defendant Northeast Metal Traders, Inc., on the other, through respective undersigned counsel, that the above-captioned matter and all claims asserted therein shall be and hereby are **DISMISSED WITH PREJUDICE**. All parties are to bear their own costs.

|  |  |
|---|---|
|   */s/ Steven M. Coren* |   */s/ David L. Braverman* |
| Steven M. Coren, Esquire | David L. Braverman, Esquire |
| **KAUFMAN, COREN & RESS, P.C.** | Kevin W. Burdett, Esquire |
| Two Commerce Square, Suite 3900 | **BRAVERMAN KASKEY GARBER PC** |
| 2001 Market Street | One Liberty Place, 56th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| T:  (215) 735-8700 | T: (215) 575-3800 |
| F:  (215) 735-5170 | F: (215) 575-3801 |
| scoren@kcr-law.com | braver@braverlaw.com |
| | burdett@braverlaw.com |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Northeast Metal Traders, Inc.* |

So **ORDERED**.

_____/s/ R. Barclay Surrick_____
**R. BARCLAY SURRICK, J.**

Dated: August 12, 2021